UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

IN RE:
KEVIN L. BASHAM            }         CASE NO. 09-90213-BHL-13
    DEBTOR                 }

### MOTION TO MODIFY DEBTOR'S CHAPTER 13 PLAN

Comes now the above-captioned Debtor by Counsel, and files his Motion to Modify Debtor's Chapter 13 Plan. In support of this Motion, Counsel for the Debtor states as follows:

1. The Debtor proposes to include a priority claim held by the Internal Revenue Service for tax year 2007 in the amount of $783.79.

WHEREFORE, the Debtor by Counsel, requests the Court to modify his plan by increasing his payments from $905.00 per month to $924.20 per month commencing in May, 2010.

Dated this 6 day of MAY, 2010.

Lloyd E. Koehler
Attorney for Debtor
400 Pearl St., Suite 200
New Albany, Indiana 47150
Telephone: (812)949-2211
Fax: (812)941-3907
E-mail: lloydkoehler@hotmail.com

KEVIN L. BASHAM

CERTIFICATE OF SERVICE

The undersigned certifies that on the _____ day of _____, 2010 a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's system:

Joseph Black, Jr. Chapter 13 Trustee: **jmbecf@trustee13.com**

U.S. Trustee: **ustpregion10.in.ecf@usdoj.gov**

*/s/ Lloyd E. Koehler*
Lloyd E. Koehler